THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00066-RPM

EDWARD G. GRAHAM,

      Plaintiff,

v.

MEDICREDIT, INC.,

      Defendant.

---

## ORDER TO COMPLY WITH FED.R.CIV.P. 7.1.

---

It appearing from the files and records that defendant has not filed a disclosure statement, it is

ORDERED, that counsel for the defendant shall file a disclosure statement pursuant to Fed.R.Civ.P. 7.1.

Dated: January 16th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge