THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00066-RPM

EDWARD G. GRAHAM,

     Plaintiff,

v.

MEDICREDIT, INC.,

     Defendant.

___

ORDER GRANTING DEFENDANT'S MOTION TO MAINTAIN CONFIDENTIAL DESIGNATION OF DOCUMENTS

___

     Upon consideration of the defendant's Motion to Maintain Confidential Designation of Documents [18] and the briefing supporting and opposing that motion, it is

     ORDERED that the motion is granted.

     Dated:   April 17th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge