THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00066-RPM

EDWARD G. GRAHAM,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulated Motion to Dismiss with Prejudice [33], filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated:   August 21st, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge